UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT MAURICE HAMPTON, JR.,

        Plaintiff,                     Case No. 1:14-cv-211

v.                                        Honorable Paul L. Maloney

MICHIGAN DEPARTMENT OF
CORRECTIONS et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the Opinion filed this date:

IT IS ORDERED that the federal constitutional claims in Plaintiff's complaint as amended (docket ##1, 7) shall be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. § 1915A.

IT IS FURTHER ORDERED that the claims under state law in Plaintiff's complaint as amended shall be DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. §1367(c).


Dated: April 18, 2014                          /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                      Chief United States District Judge